A-1 AMUSEMENT CO., INC., A-1 Amusement Co., A-1 Cash Register & Vending, A1 Games & Vending, Inc., A-1 Vending, A-Vend, Inc., AA Amusement, A.A. Se'aver Music, Ltd., AAA Cigarette Service, A&A Cigarette Service, Inc., A&A Vending, A. Karnavas Co., A. Monteverdi Co., AB Equipment, A&B Vending Co., A&C Vending, ACI Amusement Concepts, Inc., AE Specialty Vending, AFM, Inc., AH Entertainers, Inc., A&I Coin Machines, A.P. Vending & Amusement Co., Inc., A&T Vending, Aaron Amusement, Inc., ABE Vending Corp., ACE Games, Inc., ACE Vending, Tampa, ACE Vending, Moore, Ok, ACE Vending Services, Acme Coin Co., Inc., Acme Music & Vending, Acme Video & Vending, Advance Vending Corp., Albert's Cigarette Service, Albring Vending Company, Inc., Aldridge Amusements, Inc., All Brands Vending, All Games, Inc., All-N-One Vending, Inc., Allen Hoxie, Allied Vending, Inc., Alpena Vending, Inc., Alpine Vending & Video, Inc., American Amusement Arcades, American Amusements & Vending, American Vending, American Vending Company, Inc., American Vending & Video Games, Inc., Amusement Devices, Inc., ANT Vending Corporation, Anthony T. Zekos (doing business as A-Z Quality Vending Company), Apollo Amusements, Inc., Archie Amusement Co., Inc., Arctic Music & Vending, Arizona Vending, Inc., Armour Amusement Co., Inc., Asco Vending Company, Associated Vending, Inc., Associates Vending Company, Inc., Astro Amusement, Inc., Atlas Music Corp., Atomic Vending Corp., Augusta Music Service & Billiard Co., Austin Amusements, Automatic Coin Vending Co., Aurora Vending Co., Inc., Automatic Vending Machines, Inc., AWE Vending & Amusement, Inc., B&B Amusements, B&B Vending, BFC Enterprises, B&P Vending, Inc., by Vending, Baltimore Vending Co., Barbara Hairrell (doing business as Rush Vending & Amusement Co.), Barlow Amusement & Music Co., Inc., Baton Rouge Cigarette Service, Bay Vending, Inc., Belfiore Music & Cigarette, Bell Cigarette Service, Bennett Vending Co., Bentler Amusement Co., Inc., BIBB Vending Co., Big City Vending Co., Inc., Bird Music & Vending, Blackjack Vending, BOB Jordan Amusement Co., Inc., Blue Ridge Vending, BOB's Cigarette Service, BOB's Music-Cigarette, Boonville Vending, Bosso Vending, Bravado, Inc. (doing business as A-1 Vending Service), Bremer Vending Co., Brian Suemnicht (doing business as Home Service Vending), Brighton Amusement Co., Buffeteria, Inc., C.B.G. Company, C.D.L., Inc., C&H Vending Co., C.I.C. Corp., C. Lohman Games, Inc., C. Music Corporation, C.R.S. Company, Inc., Cadillac Full Line Vending, Calumet Coin Machines, Capitol City Vending Co., Cap-

itol Vending, Inc., Cedar Vending Co., Chambers Vend–A–Matic, Charlie Bill's Music Co., Inc., Cherry's Vending Co., 1st Choice Vending Service, Cigarette Vending Co., Inc., Clayton Dill Vending, Clifford & Martin, Inc., Click's Valley Vending, Inc., Coast Cigarette Sales, Inc., Coast to Coast Amusement, Coast to Coast Vending Co., Coast Vending Machine Co., Coastal Vending, Coin Automatics, Inc., Coin Machines, Inc., Coin–Op Specialists, Inc., Coin Tel, Columbia Vending Service, Inc., Columbia Candy & Tobacco Co., Commonwealth Vending, Inc., Compass Group USA, Inc., Connecticut A&E Vending, Inc., Consolidated Vending Enterprises, Inc., Cox Music, Inc., Crown Service, Inc., D.B. Amusement & Vending, D&C Vending, D&E Music & Vending, Inc., D&R Vending, Inc., DVM, Inc. (doing business as Dahlco Music & Vending Co.), Davol Vending, Deli Delights Dalmarva Amusement Service, Deleo Games, Inc., Derrick Music Company, Desop, Inc., Detrick's Vending, Inc., Dixie Amusement Co., Dorain Dolph (doing business as Dolph Distribution Company), E&N Services, E&S Music Corp., E–S–P Vending Company, Inc., Eagle Cigarette Service, Inc., Eagle Coin Machine, Earl Gill Enterprises, Inc., Echols Vending Service, El Dee Vending Service, Eldorado Holdings, Inc., Ellis Amusement, Inc., Elum Music Co., Enco Vending, Erickson & Holl Amusement, Inc., Evans Brothers & Sons, Inc., Evergreen Vending, Inc., Excel Vending Service, Excellence in Vending/Office Beverages & More, Executive Coffee & Vending Services, Inc., Fasolino Enterprises, Federal Vending, Inc., Five Star Vending, Florida Music, Inc., Free–Dells Vending, Inc., Funstop Amusements Co.,

Inc., G&G Amusement, Inc., G&J Vending Co., Galaxy Video & Vending, Inc., Gallins Vending Co., Inc., Gator Coin Machine Co., Inc., Gay's Music & Vending Co., Gem Music & Vending Co., Gem State Vending, General Food Vending, General Music Co., Genesee Vending, Inc., Gentry Vending, Geoffery M. Gershman, Globe Vending Co., Inc., Go–Vending Service, Inc., Gold Coin Amusement, Goodtime Music & Games, Gorman Distributors, Inc., Grand Berkvam Company, Grand Vending Services, Inc., Grande Games, Inc., Granite State Music Co., Great Vending Co., Greensboro Vending & Coffee Co., Inc., Greer Wholesale & Vending, Grooms Music Co., Gulf Coast Novelty Company, Harmony Music & Amusements Co., Inc., Harry Kenyon, Inc., Hazel F. Vaughan (doing business as Vaughan's Vending Machines), Heath Cigarette & Music Service, Inc., Hellenic Automatic Vending, Inc., Hettinger–Mobridge Candy & Tobacco, Inc., Hiawatha Vending Co., Hilbrenner Coin Equipment Co., Inc., Hill Country Vending Services, Inc., Hope Novelty & Vending Co., Inc., Horizon Vending, Howard Music, Huff's Vending Co., I.V.I. Co. of Chicago, Inc., Ideal Cigarette & Music Co., Inc., Inglis Vending, Island Vending, Inc., J.C. Vending, Inc., JCS Enterprises, Inc., JEP Vending, Inc., J&J Amusements, Inc., J&J Vending, Inc., J&R Amusement Co., Inc., J.S. Morris & Sons Novelty Co., Janie's Hospitality Vending, Jay's Vending, John Janek's Vending Service, Joseph Tobacco Vending, Inc., Jubilee Music Corp., K&J Enterprises, Kalamazoo Amusement, Inc., Kauffman Cigarette Service, Inc., Kelly Vending, Inc., King Vending, Inc., IV Kings Amusement, Kinney Amusement & Vending,

Knight's Vending, Inc., Knox Vending, Inc., Konop Vending Machines, Inc., L.J.H. Vending Services, Inc., Lake County Music, Inc., Larry D. Frey (doing business as L&L Vending), Laurence G. Notarangelo (doing business as Royal Vending Machine Co.), Lemons Coin Machine, Inc., Lone Star Music Co., Inc., Lorain Music & Vending Co., Lott Vendors, Inc., MJS Vending, M&L Vending Co., Inc., Mackey Vending Co., Main Vending, Malouf Music Co., Manford Music & Vending, Inc., Manuel C. TAM, Marine Vending, Martin Vending, Inc., Martins Fun Coin Games, Masterman Vending, Inc., Matthews Amusements, Inc., McGee Amusements, Inc., Mercury Vending Co., Inc., Metro Distributors, Inc., Metropolitan Cigarette Corp., Midwest Electronic Specialties, Inc., Milford Cigarette Vending Co., Minchew Amusement & Vending Co., Misty Automatic Industries, Inc., Misty Cigarette Service, Mitchell Novelty Co., Modern Music Co., Modern Music & Games, Modern Pool Tables & Vending, Inc., Monarch Amusements, Inc., Montana Vending, Inc., Morain Vending, Inc., Naples Vending, National Vending, Newly, Inc., Nicholas Veronica (doing business as Nick's Music & Games Co.), Norbeth Corporation, Northwoods Coin Machine, Inc., O'Conner Music Co., Inc., O.K. Novelty Co., Inc., Ohio Coin Machine Association, Ohio Valley Vending, Osburn Vending Co., P&D Games, P&M Enterprises, Inc., Podo, Inc. (doing business as Russellville Vending Co.), Paramount Music Co., Paramount Vending, Inc., Petrin Vending Co., Inc., Plaia's, Inc., Play Moore Music, Inc., Portland Amusement Co., Premier Vending, Inc., Prendergast Amusement, Priority Vending, Inc., Quarter Time Dist., Inc., Quassy Amusements, Inc., Queen City Candy Company, R&Z Vending, Inc., R.D. Hilliard (doing business as Accurate Amusements), R.J. Wick, Jr., R.L. Hull & Sons, Inc., R&M Music Co., Rainbow Falls Video Services Corp. (doing business as Falls Cigarette), Rainbow Novelties, Raymond Shive, Ripal's Vending Corp., River City Vending, Robbins Vending Co., Ron's Vending Co., Ellis X. Ross III (doing business as Ross Vending), Ross & Raw Vending, Inc., Rowe, Inc., Royal Amusements Corp., Royal Amusements Corp., Royal Leisure, Inc., S.A.S. Vending & Leasing Co., Inc., S&H Vending Co., S&S Automatic, Inc., S&S Vending, Inc., S&W Vending Service, Savannah Cigarette & Amusement Service, Inc., Schwan Wholesale Co., Inc., Scorpio Vending–Music–Games, Seaside Vending Co., Inc., the Self Service Sales Corp., Self Services Amusement Corp., Second Quarter Amusements, Shavers Music, Inc., Silver State Coffee Service/Capital Vending Co., Sky Top Vending, Inc., Slay Vending Co., Inc., Smith & Cooper, Inc., Smitty Music & Vending, Inc., Smitty's Vending, Inc., Sound Vending, Inc., Southside Vending, Inc., Southern Vending Co., Southern Vending Services, Southland Vending Machine, Inc., Southway Amusement Co., Dean Dallavalle (doing business as Sparo Cain), Spartan Automatic Retailers, L.P., Spongies Service, Inc., Standard Vending Co., Standard Vending & Music, State Amusement Co., Inc., State Vending & Advertising, Stebelton Music & Vending, Inc., Stokes Entertainment & Vending, Sugar Loaf Amusement, Inc., Sunapee Vending Sales, Suncoast Cigarette Machines, Superior Vending Co., System Amusement, Inc., T's Vending Service, T&G Music, Inc., TNT Amuse-

ments, Inc., T&T Cigarette Service Co., TAV's, Inc., Tharp Vending, Thomas Vending, Tip Top Amusement, Inc., Tom's Amusement Co., Inc., Action Vending Service (doing business as Tommy's Vending Co.), Top Tune Amusement & Vending, Towson Vending, Inc., Tracy's Vending Co., Inc., Triple L Vending, Inc., Troy Vending, Inc., Try-R-Vending, Turczyn Vending, Inc., Tuscaloosa Vending Co., U-Neck Eateries, Inc., Umpaqua Jewelers, Inc., United Vending Co., Inc., Union Vending, Universal Amusement Co., Vaughn's Vending, Inc., Vend Alaska, Vend-Omack Sales, Inc., Vending Resources, Inc., Vending Services of California, Veterans Vending, Inc., Victor Vending, Vinson Amusement Service, Inc., W.K. Enterprises, Inc., W.S. Cominos Vending, Waco Vending Co., Walter Music & Vending Co., Inc., Watkins Music Co., Inc., Watson's Vending & Foodservice, Inc., West End Vending Co., Western Music Co., Whipple Cigarette Machine Service, Winner's Corp., Wisconsin Novelty Co., Inc., Wollard Music Co., Inc., Wonder Novelty Co., Inc., World Wide Vending, Youngstown United Music, Inc., Zenith Vending Corp., and Zero Vending Co. Plaintiffs–Appellants,

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5085.

United States Court of Appeals, Federal Circuit.

DECIDED: June 7, 2001.

Before MAYER, Chief Judge, SCHALL and GAJARSA, Circuit Judges.

GAJARSA, Circuit Judge.

## ORDER

The United States moves to dismiss the appeal of A–1 Amusement Co., Inc. et al. (A–1 Amusement) as untimely. A–1 Amusement opposes. The United States replies. A–1 Amusement moves to consolidate this case with other pending appeals. The United States opposes. A–1 Amusement replies.

A–1 Amusement sued the United States in the Court of Federal Claims. Count I of the complaint was dismissed on October 19, 2000 and judgment on that count was entered by the Court of Federal Claims pursuant to Rule 54(b) of the United States Court of Federal Claims. That judgment informed A–1 Amusement that any appeal of the dismissal of that count had to be filed within 60 days. A–1 Amusement did not appeal.

Action on count II of A–1 Amusement's complaint was stayed, pending final disposition of a related case. On February 20,

2001, the Supreme Court denied a petition for certiorari regarding our decision in that related case, *B & G Enterprises, Ltd. v. United States*, 220 F.3d 1318 (Fed.Cir. 2000). The parties consented to dismissal of count II. The Court of Federal Claims dismissed that count and entered judgment accordingly. On April 5, 2001, A–1 Amusement appealed. A–1 Amusement seeks review of the dismissal of count I.*

An appeal of a judgment of the Court of Federal Claims is due within 60 days of the entry of judgment. *Sofarelli Assocs., Inc. v. United States*, 716 F.2d 1395, 1396 (Fed.Cir.1983). In this case, the Court of Federal Claims entered final judgment pursuant to Rule 54(b) on count I of the complaint on October 19, 2000. Clearly, A–1 Amusement's appeal is untimely.

A–1 Amusement argues that the judgment on count 1 should not have been entered pursuant to Rule 54(b). The time to challenge that entry, on whatever ground, has passed. *See In re Lindsay*, 59 F.3d 942, 951(9th Cir.1995) ("[a] Rule 54(b) determination, right or wrong, starts the time for appeal running"). A–1 Amusement's other arguments regarding timeliness are without merit.

Accordingly,

IT IS ORDERED THAT:

(1) The United States' motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) A–1 Amusement's motion to consolidate this appeal with other appeals is moot.

---

* In its notice of appeal, A–1 Amusement states that it appeals "from the order and judgment entered by the United States Court of Federal Claims on October 19, 2000 and the order and judgment entered on March 21, 2001, dismissing plaintiffs' Amended Complaint." In its response to the United States' motion to dismiss, A–1 Amusement does not state that it is seeking review of the March 21, 2001 dismissal of count II, to which it consented.